1  DONALD M. RÉ, SBN 49079
   A Professional Law Corporation
2  One Wilshire Building
   624 S. Grand Avenue, 22nd Floor
3  Los Angeles, California 90017
   Telephone: (213) 623-4234
4
   Attorney for Defendant
5  ANIL MALHI

6
                    UNITED STATES DISTRICT COURT
7
                    EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,         )   CASE NO. 2:08-cr-00577-FCD-2
                                     )
10              Plaintiff,           )   ORDER
                                     )
11      v.                           )
                                     )
12 ANIL MALHI,                       )
                                     )
13              Defendant.           )
                                     )
14

15
        GOOD CAUSE appearing from the stipulation of the parties, now therefore,
16
        IT IS ORDERED that the defendant's conditions of bond are modified in the following
17
   respect:
18
        1. The defendant shall be permitted to travel within the continental United States without
19
   prior judicial approval, but with prior approval from Pretrial Services;
20

21
   DATED: May 4, 2009
22                                         /s/ Gregory G. Hollows
                                      _____
23                                         UNITED STATES MAGISTRATE JUDGE
   malhi.trav
24