IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                            No. CR. S-08-0577 KJM

    vs.

ANIL MALHI,

    Defendant.                          ORDER

_____/

    Good cause appearing from the stipulation of the parties and after the oral arguments of counsel on October 26, 2011, it is hereby ORDERED that the defendant's conditions of bond are modified in the following respects:

    1. The defendant shall be permitted to travel to Hong Kong, departing Los Angeles on or after October 29, 2011 and returning on November 11, 2011. The defendant shall adhere to the travel plans that were stated on the record at the hearing on October 26, 2011, by his attorney, Clyde Blackmon.

    2. The Clerk shall forthwith provide to the defendant or his attorney, Clyde Blackmon, his passport, which has been previously surrendered.

    3. Not later than November 14, 2011, the defendant shall deliver and surrender his passport to Officer Monroe, Pretrial Services, Central District of California; and

1

1    4.  The defendant shall adhere to all other conditions of release previously imposed.

2   DATED:   October 26, 2011

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE