1  DONALD M. RÉ, SBN 49079
   A Professional Law Corporation
2  One Wilshire Building
   624 S. Grand Avenue, 22nd Floor
3  Los Angeles, California 90017
4  Telephone: (213) 623-4234
   Email: donaldmreplc@yahoo.com

**FILED**

MAR 25 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | USDC Case No. 2:08-cr-00577-KJM |
| Plaintiff, | [PROPOSED] ORDER REGARDING SEALING OF DOCUMENTS |
| v. | |
| ANIL MALHI, | |
| Defendant. | |

GOOD CAUSE appearing, now therefore,

IT IS ORDERED that the following documents shall be maintained under seal until further order of this court:

1. The defendant's Request to Seal Documents; and

2. The Declaration of Donald M. Ré, Esq.

~~3. This Order.~~

~~4. Stipulation to Continue Sentencing.~~

DATED: 3/25/14

_____
UNITED STATES DISTRICT JUDGE