DONALD M. RÉ, SBN 49079
A Professional Law Corporation
One Wilshire Building
624 S. Grand Avenue, 22nd Floor
Los Angeles, California   90017
Telephone:   (213) 623-4234
Email: donaldmreplc@yahoo.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | USDC Case No. 2:08-cr-00577-KJM |
| | ) | |
| Plaintiff, | ) | ORDER RE |
| | ) | <u>UNOPPOSED  EX PARTE</u> |
| v. | ) | APPLICATION TO MODIFY |
| | ) | CONDITIONS OF BOND T O |
| ANIL MALHI, | ) | PERMIT TRAVEL |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED as follows:

1.   That the bond of the defendant Anil Malhi is modified to permit the defendant to travel to and from China and Shanghai between October 15, 2014 and November 2, 2014.  The travel is for the purpose of attending various meetings and buyers' fairs regarding the defendant's business.

2.   That for the purposes of this travel, Pretrial Services shall release to the defendant his passport, which shall be returned to Pretrial Services by the defendant on or before November 5, 2014.

IT IS SO ORDERED.

Dated:  October 10, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE