1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL D. ANDERSON
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:   (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

**FILED**

APR 29 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

7
8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,                CASE NO.  2:08-CR-0577 KJM

11                        Plaintiff,         [PROPOSED] ORDER SEALING DOCUMENTS
                                             AS SET FORTH IN GOVERNMENT'S NOTICE
12              v.

13  ANIL MALHI,

14                        Defendant.

15

16      Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's

17  Request to Seal, IT IS HEREBY ORDERED that the government's two-page sentencing letter

18  pertaining to defendant ANIL MALHI , and Government's Request to Seal shall be SEALED until

19  further order of this Court.

20      It is further ordered that access to the sealed documents shall be limited to the government and

21  counsel for the defendant.

22
23  Dated:  4/29/15                      _____
24                                       THE HONORABLE KIMBERLY J. MUELLER
                                         UNITED STATES DISTRICT JUDGE
25
26
27
28

[PROPOSED] ORDER SEALING DOCUMENTS AS SET          1
FORTH IN GOVERNMENT'S NOTICE