DONALD M. RÉ, SBN, 49079
A Professional Law Corporation
One Wilshire Building
624 S. Grand Avenue, 22nd Floor
Los Angeles, California   90017
Telephone:   (213) 623-4234
Email: donaldmreplc@yahoo.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | USDC Case No. 2:08-cr-00577-KJM |
| ) | |
| Plaintiff,        ) | STIPULATION REGARDING |
| ) | RELEASE OF PASSPORT |
| v.        ) | TO DEFENDANT |
| ) | |
| ANIL MALHI,        ) | |
| ) | |
| Defendant.        ) | |
| _____) | |

COME NOW the United States of America by and through its counsel of record Benjamin B. Wagner and Michael Anderson, Assistant United States Attorney, and Anil Malhi, through his counsel of record Donald M. Ré, who hereby stipulate as follows:

1.   That the Clerk of the court for the United States District Court for the Eastern District of California shall return to the defendant, Anil Malhi, his United States passport, which had been lodged with United States Pretrial Services as a condition of his bond.

This stipulation is occasioned by the fact that the defendant has been sentenced, has been placed on probation, and his bond has been exonerated.

United States Probation Officer Eric Siles (909) 383-3781, who has been assigned to the supervision of the defendant Malhi, has indicated he has no objection to the entry of this order.

IT IS SO STIPULATED.

Dated:   April 30, 2015                              /s/ Michael Dwight Anderson
                                                     Michael Dwight Anderson
                                                     Attorney for Plaintiff
                                                     United States of America


Dated:  April 30, 2015                               /s/ Donald M. Ré
                                                     Donald M. Ré
                                                     Attorney for Defendant
                                                     Anil Malhi

## ORDER

GOOD CAUSE appearing from the Stipulation of the parties, now therefore,

IT IS ORDERED that the United States passport of the defendant Anil Malhi shall be returned to Mr. Malhi.  The defendant shall continue to abide by the orders of the court, and the direction of the United States Probation Office, regarding any travel.

DATED:  May 7, 2015.

_____
UNITED STATES DISTRICT JUDGE

2