UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Kimberly J. Mueller<br>United States District Judge<br>Sacramento, California | **RE:  Anil Kumar Malhi**<br>         **Docket Number:  0972 2:08CR00577-002**<br>         **PERMISSION TO TRAVEL**<br>         **OUTSIDE THE COUNTRY** |

Your Honor:

Anil Kumar Malhi is requesting permission to travel to Guangzhou, China and Delhi, India. At the time of sentencing, Mr. Malhi was ordered to pay $1,023,170.31 in restitution. To date, he has paid $4,086.50. Although Mr. Malhi is current with all restitution payments, a financial investigation is pending by the United States Attorney's Office, Financial Litigation Unit, which appears to not be favorable to Mr. Malhi. As such, the Government and the U.S. Probation Officer are opposed to the travel request while the investigation remains pending, and recommends that the travel request be denied.

**Conviction and Sentencing Date:**   On April 29, 2015, Anil Kumar Malhi was sentenced for the offense of Conspiracy to Commit Mail Fraud.

**Sentence Imposed:**  60 Months Probation

**Dates and Mode of Travel:**  October 14, 2015 – November 6, 2015; Airplane

**Purpose:**  Business

**RE:     Anil Kumar Malhi**
         **Docket Number:  0972 2:08CR00577-002**
         <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>


Respectfully submitted,

/s/ Miranda L. Lutke

Miranda L. Lutke
United States Probation Officer


Dated:   September 22, 2015
         Roseville, California
         (916) 786-2989

                              /s/ Toni M. Ortiz
**REVIEWED BY:     Toni Ortiz**
                  **Sr. United States Probation Officer**

---

## ORDER OF THE COURT

☐     Approved          ☒     Disapproved without prejudice


**October 1, 2015**
**Date**                                      UNITED STATES DISTRICT JUDGE

2