**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ANIL MALHI

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:08-CR-00577-KJM |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO TRAVEL OUT OF THE COUNTRY** |
| ANIL MALHI, | |
| Defendant. | |

**TO: THE HONORABLE JUDGE KIMBERLY J. MUELLER, AND TO ASSISTANT UNITED STATES ATTORNEY KURT A. DIDIER:**

It is hereby stipulated between by the United States of America, by and through its representative, Kurt A. Didier and the Defendant, Anil Malhi, by and through his attorney of record, Anthony P. Capozzi that:

1. The Defendant be allowed to travel to Guangzhou, China and Delhi, India to order supplies for his business; leaving from Los Angeles on Monday, February 29, 2016, and returning to Los Angeles on Friday, March 18, 2016.

2. The United States Attorney's Office, Financial Litigation Unit and Mr. Malhi have met and are working towards a payment schedule on the restitution amount owed.

3. Defendant's probation officer Miranda Lutke is not opposed to this request.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: February 22, 2016   By:   */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant ANIL MALHI

DATED: February 22, 2016   By:   */s/Kurt A. Didier*
KURT A. DIDIER
Assistant United States Attorney

## ORDER

For the reasons set forth above, the Defendant shall be permitted to travel by plane to Guangzhou, China and Delhi, India, on **Monday, February 29, 2016, and returning on Friday, March 18, 2016**, with the advance permission of, and as directed by, the United States Probation Office. All other conditions shall remain in effect.

**IT IS SO ORDERED**.

DATED: February 25, 2016

UNITED STATES DISTRICT JUDGE