**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ANIL MALHI

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: 2:08-CR-00577-002-KJM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO TRAVEL OUT OF THE COUNTRY** |
| ANIL KUMAR MALHI, | |
| Defendant. | |

**TO:   THE HONORABLE JUDGE KIMBERLY J. MUELLER, AND TO ASSISTANT UNITED STATES ATTORNEY KURT A. DIDIER:**

It is hereby stipulated between by the United States of America, by and through its representative, Kurt A. Didier and the Defendant, Anil Malhi, by and through his attorney of record, Anthony P. Capozzi that:

1.   The Defendant be allowed to travel to Guangzhou, China and Delhi, India to order supplies for his business and attend a local trade show; leaving from Los Angeles on Tuesday, October 4, 2016, and returning to Los Angeles on Thursday, October 27, 2016.

2.   The United States Attorney's Office, Financial Litigation Unit and Mr. Malhi have met and are working towards a payment schedule on the restitution amount owed.

3.   Defendant's probation officer Miranda Lutke is not opposed to this request.

IT IS SO STIPULATED.

Respectfully submitted,

DATED:     September 9, 2016     By:    */s/Anthony P. Capozzi*
                                        ANTHONY P. CAPOZZI
                                        Attorney for Defendant ANIL MALHI

DATED:     September 9, 2016     By:    */s/Kurt A. Didier*
                                        KURT A. DIDIER
                                        Assistant United States Attorney

## ORDER

For the reasons set forth above, the Defendant shall be permitted to travel by plane to Guangzhou, China and Delhi, India, on **Tuesday, October 4, 2016, and returning on Thursday, October 27, 2016**, with the advance permission of, and as directed by, the United States Probation Office. All other conditions shall remain in effect.

**IT IS SO ORDERED**.

DATED:   September 13, 2016    By:    _____
                                       UNITED STATES DISTRICT JUDGE