**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ANIL MALHI

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANIL KUMAR MALHI,<br><br>Defendant. | Case No.: 2:08-CR-00577-002-KJM<br><br>**STIPULATION AND ORDER TO TRAVEL OUT OF THE COUNTRY** |

TO: THE HONORABLE JUDGE KIMBERLY J. MUELLER:

It is hereby stipulated between by the United States of America, by and through its representative, Michael D. Anderson and the Defendant, Anil Malhi, by and through his attorney of record, Anthony P. Capozzi that:

1. The Defendant be allowed to travel to Guangzhou, China and Delhi, India to order supplies for his business and attend a local trade show; leaving from Los Angeles on Friday December 15, 2017, and returning to Los Angeles on Monday, January 8, 2018.

2. Mr. Malhi has been making regular payments towards the restitution owed.

3. Defendant's probation officer Miranda Lutke is not opposed to this request.

///

///

IT IS SO STIPULATED.

Respectfully submitted,

DATED: November 29, 2017   By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant ANIL MALHI

DATED: November 29, 2017   By: */s/Michael D. Anderson*
MICHAEL D. ANDERSON
Assistant United States Attorney

**ORDER**

For the reasons set forth above, the Defendant shall be permitted to travel by plane to Guangzhou, China and Delhi, India, on **Friday, December 15, 2017, and returning on Monday, January 8, 2018**, with the advance permission of, and as directed by, the United States Probation Office. All other conditions shall remain in effect.

**IT IS SO ORDERED**.

DATED: December 1, 2017.

_____
UNITED STATES DISTRICT JUDGE