**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ANIL MALHI

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:08-CR-00577-002-KJM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO TERMINATE SUPERVISED RELEASE** |
| ANIL KUMAR MALHI, | |
| Defendant. | |

**TO:   THE HONORABLE JUDGE KIMBERLY J. MUELLER:**

The United States of America, by and through its representative, Michael Anderson and the Defendant, Anil Malhi, by and through his attorney of record, Anthony P. Capozzi hereby stipulate that the Defendant's probation of 60 months issued on May 14, 2015, be terminated forthwith in that the Defendant, Anil Malhi, has completed six months of location monitoring, has been making monthly restitution payments and has complied with all the terms of his probation for a period of 31 months. Probation Officer Miranda Lutke is in agreement with the Defendant's early termination of probation.

IT IS SO STIPULATED.

Respectfully submitted,

DATED:   December 7, 2017   By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant ANIL MALHI

DATED: December 7, 2017   By: /s/Michael Anderson
                              MICHAEL ANDERSON
                              Assistant United States Attorney

**ORDER**

Upon good cause the probationary period of Defendant, Anil Malhi is hereby Terminated forthwith.

IT IS SO ORDERED.

DATED: December 12, 2017.

_____
UNITED STATES DISTRICT JUDGE